No. 453. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. ULLMANN. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the

632

Second Circuit denied. *Solicitor General Reed* for petitioner. *Mr. Frank L. Weil* for respondent.

No. 454. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HONNALD. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Reed* for petitioner. *Messrs. Ellsworth C. Alvord, Floyd F. Toomey,* and *Paul Armitage* for respondent.